Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

OCT 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 26-6667 |
| Originating Case Number: | 4:25-cv-08454-HSG |
| Short Title: | Global Nurse Force, et al. v. Trump, et al. |

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 26-6667 |
| Originating Case Number: | 4:25-cv-08454-HSG |
| Case Title: | Global Nurse Force, et al. v. Trump, et al. |

**10/14/2026**

| | |
|---|---|
| United States Department of State | Mediation Questionnaire due |
| Marco Rubio | Mediation Questionnaire due |
| Rodney S. Scott | Mediation Questionnaire due |
| Joseph B. Edlow | Mediation Questionnaire due |
| United States Citizenship and Immigration Services | Mediation Questionnaire due |
| Donald J. Trump | Mediation Questionnaire due |
| United States Department of Homeland Security | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |
| United States Customs and Border Protection | Mediation Questionnaire due |

**10/23/2026**

| | |
|---|---|
| Global Nurse Force | Corporate Disclosure Statement due |
| Nephrology Associates of the Carolinas, PA | Corporate Disclosure Statement due |
| Society of the Divine Word Chicago Province | Corporate Disclosure Statement due |

| | |
|---|---|
| Rodney S. Scott | Corporate Disclosure Statement due |
| Joseph B. Edlow | Corporate Disclosure Statement due |
| BAE Industries | Corporate Disclosure Statement due |
| Service Employees International Union, AFL-CIO Committee of Interns and Residents | Corporate Disclosure Statement due |
| United States Department of State | Corporate Disclosure Statement due |
| Lower Brule Day School | Corporate Disclosure Statement due |
| United States Customs and Border Protection | Corporate Disclosure Statement due |
| Donald J. Trump | Corporate Disclosure Statement due |
| American Association of University Professors | Corporate Disclosure Statement due |
| Marco Rubio | Corporate Disclosure Statement due |
| UAW Local 4811 | Corporate Disclosure Statement due |
| International Union, United Automobile, Aerospace and Agricultural Implement Workers of America | Corporate Disclosure Statement due |
| Kristi Noem | Corporate Disclosure Statement due |
| Global Village Academy Collaborative | Corporate Disclosure Statement due |
| United States Citizenship and Immigration Services | Corporate Disclosure Statement due |
| Fathers of St. Charles | Corporate Disclosure Statement due |
| United States Department of Homeland Security | Corporate Disclosure Statement due |

**11/6/2026**

| | |
|---|---|
| United States Department of Homeland Security | Preliminary Injunction Opening Brief Due |
| Donald J. Trump | Preliminary Injunction Opening Brief Due |
| Kristi Noem | Preliminary Injunction Opening Brief Due |
| Joseph B. Edlow | Preliminary Injunction Opening Brief Due |
| United States Customs and Border Protection | Preliminary Injunction Opening Brief Due |
| Rodney S. Scott | Preliminary Injunction Opening Brief Due |
| United States Department of State | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| Marco Rubio | Preliminary Injunction Opening Brief Due |
| United States Citizenship and Immigration Services | Preliminary Injunction Opening Brief Due |

**12/4/2026**

| | |
|---|---|
| Society of the Divine Word Chicago Province | Preliminary Injunction Answering Brief Due |
| Nephrology Associates of the Carolinas, PA | Preliminary Injunction Answering Brief Due |
| Fathers of St. Charles | Preliminary Injunction Answering Brief Due |
| Global Village Academy Collaborative | Preliminary Injunction Answering Brief Due |
| Global Nurse Force | Preliminary Injunction Answering Brief Due |
| UAW Local 4811 | Preliminary Injunction Answering Brief Due |
| Service Employees International Union, AFL-CIO Committee of Interns and Residents | Preliminary Injunction Answering Brief Due |
| Lower Brule Day School | Preliminary Injunction Answering Brief Due |
| American Association of University Professors | Preliminary Injunction Answering Brief Due |
| BAE Industries | Preliminary Injunction Answering Brief Due |
| International Union, United Automobile, Aerospace and Agricultural Implement Workers of America | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation

Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**