# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-6667

**Case Name** Global Nurse Force, et al. v. Trump, et al.

**Counsel submitting this form** Jaime A. Scott

**Represented party/parties** Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

On September 19, 2025, President Trump issued Proclamation 10973, Restriction on Entry of Certain Nonimmigrant Workers, 90 Fed. Reg. 46,027 (Sep. 24, 2025) (“the Proclamation”) to temporarily restrict the entry of aliens seeking H-1B visas. The Proclamation explained that, based on findings of decades long abuse of the H-1B system, the President invoked his authority under 8 U.S.C. §§ 1182(f) and 1185(a)(1) to adopt temporarily “reasonable rules, regulations, and orders” and/or to restrict temporarily “the entry into the United States of aliens as nonimmigrants to perform services in a specialty occupation” under 8 U.S.C. § 1101(a)(15)(H)(i)(b) “except for those aliens whose petitions are accompanied or supplemented by a payment of $100,000—subject to the exceptions set forth” in the Proclamation. 90 Fed. Reg. at 46,028.

*Briefly describe the result below and the main issues on appeal.*

On October 3, 2025, Plaintiffs filed suit against Defendants challenging the lawfulness of the Proclamation. Five of the Plaintiffs sought preliminary injunctive relief on December 18, 2025 vacating the implementation of the Proclamation, among other relief. On September 30, 2026, the Court granted in part and denied in part Plaintiffs' Motion for a Preliminary Injunction, and vacated the implementation of the Proclamation. Defendants appeal the grant of preliminary injunctive relief and the vacatur of the implementation of the Proclamation.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Defendants have requested a stay of proceedings below while this appeal is ongoing.

There are two other U.S. Circuit Courts hearing similar cases: Chamber of Commerce v. DHS, No. 25-5473 (D.C. Cir.) and California v. Mullin, No. 26-1699 (1st Cir.).

**Signature** /s/ Jaime A. Scott **Date** 10-13-2026

*(use "*s/[typed name]*" to sign electronically-filed documents)*