No. 26-6667

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

GLOBAL NURSE FORCE, *et al.*,
*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, President of the United States, *et al.*,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the Northern District of California
No. 4:25-cv-08454-HSG (Hon. Haywood S. Gilliam Jr.)

**OPPOSED MOTION TO EXTEND THE TIME TO FILE APPELLEES' ANSWERING BRIEF**

Plaintiffs-Appellees, through counsel and pursuant to Fed. R. App. P. 26(b) and 27, respectfully move the Court for an extension of the deadline to file Appellees' answering brief to January 15, 2027. The current deadline is December 4, 2026. *See* Prelim. Inj. Time Schedule Notice (Oct. 9, 2026). In support of this motion, Plaintiffs-Appellees state as follows:

1. On October 9, 2026, Defendants-Appellants noticed this appeal from the district court's September 30, 2026 order.

2. On that same day, this Court issued an order setting a deadline of November 6, 2026 for the filing of Defendants-Appellants' Opening Brief and December 4, 2026, for the filing of Plaintiffs-Appellees' Answering Brief.

3. Plaintiffs-Appellees' counsel respectfully request an extension of time to file Appellees' Answering Brief. This is Plaintiffs-Appellees' first request for an extension of time.

4. An extension is necessary because the drafting and filing of Plaintiffs-Appellees' Answering Brief would occur shortly after the Thanksgiving holiday (November 26, 2026) and because the drafting and filing of potential or interested amici curiae briefs would occur during the Thanksgiving and Hanukkah (December 4-12, 2026) holidays; under the current schedule, amicus briefs would be due December 11, 2026. The current filing deadline also conflicts with other professional commitments for several of Plaintiffs-Appellees' counsel, including previously-scheduled conferences and out-of-state work travel occurring during the weeks of November 9, 2026, November 30, 2026, and December 14, 2026; and pressing litigation deadlines in other matters, such as *Partnership for the Advancement of New Americans v. Edlow*, No. 1:26-cv-14817-MJJ (D. Mass.) (reply brief due November 19, 2026 and preliminary injunction hearing on November 20, 2026). Furthermore, the issues addressed here are complex. This appeal presents threshold jurisdictional and justiciability questions, as well as merits questions under

the Immigration and Nationality Act and the Administrative Procedure Act, and challenges to the same Proclamation are pending in the D.C. Circuit, *Chamber of Commerce v. DHS*, No. 25-5473 (argued Mar. 9, 2026), and the First Circuit, *California v. Mullin*, No. 26-1699.

5. An extension to January 15, 2027 would allow Plaintiffs-Appellees' counsel sufficient time to complete drafting while accounting for the winter holidays and other previously scheduled professional obligations, so as to assist this Court with thorough briefing. Plaintiffs-Appellees' requested extension will also provide a corresponding extension of the deadline for the filing of amici curiae briefs, by virtue of Fed. R. App. P. 29(a)(6).

6. The requested extension will not affect oral argument, which has not yet been scheduled.

7. Plaintiffs-Appellees' counsel sought Defendants-Appellants' position on this motion, and Defendants-Appellants' counsel stated as follows: "The Government opposes the motion to extend the deadline of Appellees' answering brief. The Government plans to file a motion to expedite oral argument."

8. Pursuant to Ninth Circuit Rule 31-2.2(b), this motion is filed more than seven days before Plaintiffs-Appellees' Answering Brief is due.

WHEREFORE, Appellees request that the Court enter an order extending the deadline for filing Appellees' Brief by 42 days, up to and including January 15, 2027.

November 5, 2026

Respectfully submitted,

*/s/ Esther H. Sung*
Esther H. Sung
Karen C. Tumlin
Laura Flores-Perilla
Brandon Galli-Graves
Vanessa Rivas-Bernardy
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272

Jesse M. Bless
**BLESS LITIGATION LLC**
6 Vineyard Lane
Georgetown MA 01833
(781) 704-3897

Cynthia Liao
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

I certify, pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A) that the foregoing motion contains 494 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f). I further certify that the document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365, in 14-point Times New Roman font.

Dated: November 5, 2026

Respectfully submitted,

*/s/ Esther H. Sung*
Esther H. Sung

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2026, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

*/s/ Esther H. Sung*
Esther H. Sung

*Counsel for Plaintiffs-Appellees*