No. 26-6667

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

GLOBAL NURSE FORCE, *et al.*,
*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, President of the United States, *et al.*,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the Northern District of California
No. 4:25-cv-08454-HSG (Hon. Haywood S. Gilliam Jr.)

# REPLY IN SUPPORT OF MOTION TO EXTEND THE TIME TO FILE APPELLEES' ANSWERING BRIEF

Plaintiffs-Appellees file this reply to make two discrete points.

First, Defendants-Appellants' claim that an extension would cause them prejudice due to ongoing and irreparable harm rings false when Defendants-Appellants have neither moved to stay the district court's preliminary injunction pending appeal, nor moved to expedite their appeal. Indeed, if Defendants-Appellants had chosen of their own accord to file their opening brief earlier due to the irreparable harm they claim, then Plaintiffs-Appellees' own filing deadline would likewise have been earlier under Fed. R. App. P. 31(a), and Plaintiffs-Appellees might not have been

compelled to file this extension motion to avoid conflicts with federal and religious holidays and other previously scheduled professional commitments requiring travel.

Second, the fact that the Ninth Circuit Rules do not permit a "streamlined" 30-day extension request for the appeal of a preliminary injunction does not automatically mean that no extensions are ever warranted in a preliminary injunction appeal. Plaintiffs promptly and diligently moved for an extension under Ninth Circuit Rule 31-2.2(b) when it became clear that Defendants-Appellants would not file their brief early or otherwise move to expedite the briefing schedule, and when it therefore became clear that the standard 30-day briefing deadline under Fed. R. App. 31(a) would create conflicts for both Plaintiffs-Appellees and amici due to the Thanksgiving holiday and other religious holidays in December.

November 6, 2026

Respectfully submitted,

Cynthia Liao
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*/s/ Esther H. Sung*
Esther H. Sung
Karen C. Tumlin
Laura Flores-Perilla
Brandon Galli-Graves
Vanessa Rivas-Bernardy
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272

Jesse M. Bless
**BLESS LITIGATION LLC**
6 Vineyard Lane
Georgetown MA 01833
(781) 704-3897

*Counsel for Plaintiffs-Appellees*

No. 26-6667

## CERTIFICATE OF COMPLIANCE

I certify, pursuant to Federal Rule of Appellate Procedure 27(d)(2)(C) that the foregoing reply contains 220 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f). I further certify that the document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365, in 14-point Times New Roman font.

Dated: November 6, 2026

Respectfully submitted,

*/s/ Esther H. Sung*
Esther H. Sung

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2026, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

*/s/ Esther H. Sung*
Esther H. Sung

*Counsel for Plaintiffs-Appellees*