UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GLOBAL NURSE FORCE; et al.,

Plaintiffs - Appellees,

CHURCH ON THE HILL, DBA Algood First Baptist; et al.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

Defendants - Appellants.

No. 26-6667

D.C. No.
4:25-cv-08454-HSG
Northern District of California,
Oakland

ORDER

The motion (Docket Entry No. 26) for an extension of time to file the answering brief is granted in part and denied in part. The answering brief is due December 18, 2026. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT