UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GLOBAL NURSE FORCE; et al.,<br><br>Plaintiffs - Appellees,<br><br>CHURCH ON THE HILL, DBA Algood First Baptist; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>Defendants - Appellants. | No. 26-6667<br><br>D.C. No.<br>4:25-cv-08454-HSG<br>Northern District of California, Oakland<br><br>ORDER |

The motion (Docket Entry No. 31) to expedite calendaring is granted.

The clerk will place this case on the calendar for March 2027. *See* 9th Cir. Gen Ord. 3.3(f).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT